**PRISONER CASE**

08CV2664
JUDGE PALLMEYER
MAG. JUDGE ASHMAN

UNITED STATES DISTRICT
NORTHERN DISTRICT
Civil Cover

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. KAFELE PARKER | **Defendant(s):** EDDIE JONES |
| **County of Residence:** LIVINGSTON | **County of Residence:** |
| **Plaintiff's Address:** Kafele Parker B-37685 Pontiac - PON P.O. Box 99 Pontiac, IL 61764 | **Defendant's Attorney:** Chief of Criminal Appeals Illinois Attorney General's Office 100 West Randolph - 12th Floor Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

FILED
5-8-2008
MAY - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham    **Date:** 05/08/2008

Pallmeyer   07C5567
Ashman