**08CV2664**
**JUDGE PALLMEYER**
**MAG. JUDGE ASHMAN**

5-5-08

**FILED**
MAY 8 2008
5-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

Dear Clerk of The Federal Court

    I, Kafele Parker, is writing to inform you that I never recieved any court order to pay the $5.00 Filing Fee. If I was or had recieved that order I would have payed the $5.00 filing fee. Enclosed, attached to this letter, is a copy of my legal mail card of all incoming and outgoing legal mail.

    Also, enclosed you will find the $5.00 filing fee and 5 copies of my refiled Federal Habeus Corpus. I also would like a copy returned to me stamped filed or Recieved. Thank you for your time and have a nice day.

Sincerely,
Kafele Parker

LEGAL MAIL CARD

B37685 PARKER, KAFELE

| ORGANIZATION | OUTGOING | INCOMING |
|---|---|---|
| OFFICE OF STATE APPELL DEFENDER 1ST. DISTRICT | 11/20/02-07/11/03-1/7/05-3/22/05-3/25/05-05/20/05- | 10/11/01-12/10/01-5/1/02-5/8/02-6/17/02-11/2/02-11/16/02-12/23/02-1/10/03-09/02/04-1/20/05-3/14/05-3/21/05-4/7/05-06/10/05-06/15/05-07/29/05-10/19/05-12/29/05- |
| COOK CTY CIRCUIT CLERK | 4/22/02-05/04/04-06/14/04-08/04/04-05/27/05-10/16/06-11/08/06- | |
| LIVINSTON CTY. CIRC. COURT CLK. | 8/14/02-8/26/02-9/25/02-1/31/03-1/18/05- | |
| UNIV. LEGAL SRVS. | 9/10/02-10/28/02- | 9/7/02-9/18/02-10/19/02-11/1/02-11/2/02-04/09/03- |
| CLAUSEN & MILLER | 11/1/02-11/19/02-7/7/03-8/1/03-10/16/03- | 10/4/02-11/25/02-1/30/03-06/06/03-7/3/03-8/7/03-3/17/04-08/04/04- |
| JUDY CREMER, CLERK | 2/10/03- | |
| ARB | 4/11/03-5/16/03-5/21/03- | 7/31/03(2)- |
| UNIV. RESEARCH SERVICES | 4/11/03- | 4/17/03- |
| FOIA ILL. STATE POLICE | 02/21/06- | |
| SUPREME CRT OF IL | 7/21/03-01/25/06- | |
| CLK OF US SUPREME CRT WASHINGTON DC | 9/3/03-10/31/03-11/17/03-12/15/03-1/15/04- | |
| US SUPREME COURT | 2/5/04- | 11/14/03- |
| DOROTHY BROWN, COOK CO CIRC COURT CLERK | 1/9/04-07/01/04-4/13/05- | |
| LISA MADIGAN ATTY. GEN. | 02/02/04-10/18/04- | 04/20/04-05/07/04-10/12/04-04/01/05-07/26/05-8/12/05-05/15/07- |
| AVONNE SEALS, ASST. ATTY. GENERAL | 04/12/04-07/14/04- | |
| HAROLD BAKER, JUDGE | 08/16/04- | |
| NORTHWESTERN UNIVERSITY SCHOOL OF LAW | | 08/18/04- |
| MEDILL INNOCENCE PROJ | 11/18/04- | |

| | | |
|---|---|---|
| LATHAM & WATKINS LAW FIRM | 02/01/05- | 2/28/05- |
| UPTOWN PEOPLES LAW CENTER | 3/2/05- | |
| GARY MAREK ATTY. | | 06/28/05- |
| U.S. DISTRICT CT. PRISONER CORRESPONDENCE, CHICAGO | 7/1/05-01/08/08- | |
| 1ST. DISTRICT APPELLATE CT. CLK. | 08/19/05-11/7/05-01/10/06- | 11/07/05- |
| MEACHUM, SPAHR & POSTAL ATTY. | 10/07/05- | |
| MICHAEL W. DOBBINS, U.S. DISTRICT CT. CLK. | 04/18/08- | |
| ILLINOIS STATE POLICE | | 12/14/05-03/20/06- |
| U.S. SUPREME CT. CLK.- WASHINGTON, D.C. | 06/28/06- | |
| RICHARD DEVINE, COOK CNTY. STATE ATTY. | 07/12/06- | 07/21/06- |
| MIQUEL A. PRIETO, LAW OFFICE, CHICAGO, IL | 10/19/06- | |
| CLERK OF FEDERAL COURT, 219 SO DEARBORN, CHICAGO | 9/27/07- | |

END OF CARD