MHN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>BY CERTIFIED MAIL - RETURN RECEIPT<br>Chief, Criminal Appeal Division<br>Illinois Attorney General's Office<br>100 West Randolph Street<br>12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>MAY 13 2008<br>Office of The Attorney General<br>Office Services<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service)   7004 2510 0001 9676 1274 | |

PS Form 3811, February 2004   Domestic Return Receipt   08cv2664   102595-02-M-1540

08CV2664

FILED
5-23-2008
MAY 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT