Kafele Parker

v

Eddie Jones

**F I L E D**

May 23, 2008

MAY 2 3 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 08C2664

May 19, 2008

Dear Clerk of the U.S. District Court

I, Kafele Parker, is writing to apologize for the false information I enclosed in my letter about the filing fee. I had no knowledge that my $500 money order was going to be delayed like it was. You should have gotten it by now. Enclosed is a copy of my receipt show that it was mailed out to you May 15, 2008. Also, the information I was asked to return is enclosed also. Thank you for your time and have a nice day.

Respectfully
Kafele Parker
B37685

Offender Authorization for Payment CHARGED MAY 1 5 2008

Posting Document # _67121_    Date _5-6-08_

Offender Name _Kafele Parker_    ID# _B37685_    Housing Unit _54351_

Pay to _Clerk United States District Court_

Address _219 South Dearborn Street_    $$35!

City, State, Zip _Chicago, IL 60604_

The sum of _15.00_ _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Filing Fee Federal Habeus Corpus_

☐ I hereby authorize payment of postage for the attached mail ☑    ☑ I hereby request information on electronic
funds transfers to be _____ in the attached _____

Offender Signature _Kafele Parker_    ID# _____

Witness Signature _____    _5005_

☑ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Offender

_348_   Printed on Recycled Paper

RECEIVED
MAY - 6 2008
PCC TRUST OFFICE
(Replaces DC 828)